UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARMEN SANTANA, on behalf of
herself and on behalf of all others
similarly situated.

    Plaintiff,

v.                              CASE NO.

LGSTX SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, defendant LGSTX Services, Inc. ("LGSTX"), herby provides notice of removal of this action. In support of removal, LGSTX states the following:

1. This action was commenced on November 5, 2019, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, styled *Carmen Santana, on behalf of herself and on behalf of all others similarly situated v. LGSTX Services, Inc.*, Case No. 19-CA-11332, Division G. A copy of all process and pleadings filed in the state court action is attached hereto.

2. LGSTX was served with the Summons and Complaint on November 27, 2019. Accordingly, this Notice of Removal is being filed within thirty days after service as required under 28 U.S.C. § 1446(b).

3. This action is being removed on the basis of this Court's original jurisdiction pursuant to 28 U.S.C. § 1441(a). Plaintiff asserts claims under the laws of

the United States, raising a federal question and giving this Court original subject matter jurisdiction under 28 U.S.C. § 1331.

4. For a federal question to supply the basis for removal, the question must be evident on the face of the complaint. *Merrell Dow Pharm., Inc. v. Thompson*, 478 U.S. 804, 807–808 (1986). Only then is the complaint considered "well-pleaded" and sufficient to provide proper grounds for removal. *Id.*; *Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009).

5. The Complaint asserts a claim under the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. § 1681, *et seq.* The Complaint accordingly raises a federal question on its face, making this case removable under 28 U.S.C. § 1441(a).

6. It also appears that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, making removal independently appropriate under 28 U.S.C. 1441(b). Upon information and belief, plaintiff is a citizen of the State of Florida and LGSTX is domiciled in the State of Delaware. Plaintiff asserts claims on behalf of a putative class including "many of Defendant's employees and prospective employees" and claims statutory damages of up to $1,000 per violation of the FCRA, punitive damages, costs, and attorneys' fees, thus the relief claimed in the Complaint satisfies the amount in controversy requirement of 28 U.S.C. § 1332. (*See* Complaint ¶¶ 32, 45, 46, 47).

7. Venue is proper pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the Middle District of Florida, Tampa Division, because it includes the

Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, the place where this action was pending.

8. A copy of this Notice of Removal is being contemporaneously served upon Plaintiff's counsel and filed with the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida. A copy is attached hereto.

By filing this Notice of Removal, LGSTX does not waive, either expressly or impliedly, its right to assert any defense it could have asserted in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

Respectfully submitted,

/s/ Richard C. McCrea, Jr.
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Tristan J. Reiniers
Florida Bar No. 119358
Email: reinierst@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 16, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Luis A. Cabassa
Brandon J. Hill
WENZEL FENTON CABASSA
1110 N. Florida Avenue, Suite 300
Tampa, FL 33602
bhill@wfclaw.com
lcabassa@wfclaw.com
gnichols@wfclaw.com
tsoriano@wfclaw.com
jcornell@wfclaw.com
rcooke@wfclaw.com

/s/Richard C. McCrea, Jr.
Attorney